# EXHIBIT "A"

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 510-2018-00128 |

| Florida Commission On Human Relations | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Laura E. Davis | (347) 512-6014 | 1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1000 Island Boulevard, #2711, Aventura, FL 33160 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DELTA AIRLINES, INC. | 500+ | (702) 275-5215 |

| Street Address | City, State and ZIP Code |
|---|---|
| JFK International Airport, Dept. 610, Jamaica, NY 11430 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-19-2017**  Latest **10-30-2017**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Laura Davis, was employed by Delta Airlines ("Respondent") from June 21, 1996 until October 19, 2017.

I started as a flight Attended and was later qualified as a Purser/Flight Leader. I continued in that position and consistently Performed my work well.

On October 25th 2016 I fell and was injured while on the job in Sao Paulo Brazil. My injury caused me to be on medical leave, I returned to work in about May 2017. Upon my return to work I found I would be reporting to a new supervisor, Vikas George.

I resumed performing my job responsibilities, but occasionally needed to call out to go to doctors' appointments for flare-ups and symptoms related to the injury I sustained.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2/28/18

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 2/28/18

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2018-00128 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I returned to work able and determined to resume my job duties, but believe Respondent perceived me as being disabled and looked to find reasons to terminate my employment.

From my first day back to work, I was confronted by Vikas George who claimed I had MTOs (Managed Time Out) in my file, referring to allege time/or use of MTO since I had been out that was not explained. I was shocked because everything had been explained to my previous supervisor Diane Earl. It was as if I had taken unexplained time off while out on medical leave. No one had discussed my MTOs with me before, nor was I given any indication that there was any issue. I know of other employees without disabilities who call out using their MTOs/FMLA without issue.

I wrote a complaint email to the Department base Director Maritza Evans, about the way I was confronted by Mr. Vikas George unprofessionally. Later Maritza Evans contacted me on the phone and invited me to meet with her in her office.

In her office we discussed the issues & concerns to the way I was treated unprofessionally directed to my MTOs/FMLA, I also discussed needed request assistance for help from the Delta Air Lines care/fund due to my personal situation after being on Disability, my disappointments with communication' while on -OJI Delta, neglect of Managers to keeping in-touch with flight attendants whom has being out of work on disability due to (OJI) by showing care of during Rehabilitation, rather than my '1st day ATTACK welcome back to work. Ms. Evans was sympathetic and apologized as she assured me that she would discuss my concerns with vikas George. I expressed that I was happy to be back at work but still worried about the MTO"s he mentioned. She assured me not to worry, but unfortunately I would have to stay with the same Purser Qualified Supervisor Mr. Vikas George.

I suspected that this MTO issue was pretext for Harassment/discrimination due to my medical condition/disability and I was now being perceived as disabled. I feared my employment was in jeopardy.

I began getting harassing phone calls from manager B' nard Rawls at home on august 26th 2017 before my suspension pretending to care yet asking me specifically about London flights 403 on the 30th July 2017 that he received detailed information that I the Purser on all London flights has been giving Buddy/pass/non/rev passengers Fast Track Cards when I should not. Delta never stated to Segregate between non/rev and revenue passengers seated in the DELTA ONE CABIN 'TO DO NEVER-GIVE ' NON/REV BUDDYPASS RIDERS THE - LONDON FAST TRACK CARDS). I expressed that I never got a memo in this regards, but will comply immediately.

This began to feel very uncomfortable and suspicious as he continued to call me on A regular basis on my off time asking if I can commute to new york earlier for a quick chat with him before my work briefing to London one day, no rush. He continued to call me, Pretending friendly call .I wondered if they needed more

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/28/18<br>*Date*  *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) 2/28/18 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2018-00128 |

| **Florida Commission On Human Relations** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

info on the last incident report I wrote after my last flight. (Could be the reason he kept calling) So I agreed.

Sooner than expected, Mr. B' Nard Rawls contacted me again with a specific date Sept 19th 2017 to meet him before my London trip.

On September 19, 2017, I was suspended without pay and without warning from B' nard Rawls, Emily Langholz  and a woman that said her name was Pam Kelly stated she was driving home and was in her car because she had to leave the office (this I questioned to be unprofessional as she interrogated me (she stated) as she read specific names and asked how I met each one in detail, the only friends she picked out were my Jewish friends names. I find this to be discrimination. I also was told to write how I met my companion/pass/rider, I questioned why after 21years no one has ever gave me any warning surrounding my pass/riders/companion this seam" fishy" now I was believing it's the MTO"s in my file the real issue.

I am always in compliance with company rules & regulations as I again stated I have done NOTHING wrong.  They interrogated met for a long time and at the end of the interrogation Manager B' Nard Rawls handed me A ALREADY "PRE-TYPED" SUSPENDED LETTER. I was in a State of shock! Felt singled out harassed and treated differently.

He Demanded Return of Delta Air Lines Property My Crew/identification badge and Sky-Pro on the spot.

I was accused of something I just did not understand.

I was given a One-Way ticket home to Florida during/just after the hurricane to my home/area which I suffered damages flooding's to certain areas with no access to my home, placed me in a HOTEL for weeks, this was more added stress to my disabilities additionally shocked by suspension...

The continued harassing phone calls continued from Manager B' Nard Rawls after the interrogation the next morning and days later also from Vikas George asking me again and again if I remembered anything.

I expressed that this is harassment because I did not understand the reason for my suspension and I continued to express my pain of my injuries from the serious OJI that should be the (focus) not my pass/travelers, I again expressed that I did "NOTHING" wrong and this suspension is added more stress to my pain and suffering but they continued to Harass me asking if I remember anything to speak now, this again did not make any sense.

On October 18th 2017 at 15:30 Mr. Vikas George called me again pretending to care with concerns, as he asked how was I feeling and was my home damaged badly from the hurricane, he made me to believe that the suspension was resolved and I will return to work. Vikas George asked me to meet him inside the Ft. Lauderdale airport on the Morning of October 19th 2017 at the arrivals exit security check point, he gave me the time of the 1st delta flight from new york. He stated he knew I didn't have my delta identification to meet

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/28/18 *Date*   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DAY<br>(month, day, year)  02/28/18 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2018-00128 |

| **Florida Commission On Human Relations** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

him at security he would exit to meet me. I waited to see again B' Nard Rawls and Vikas George To-gather where they happily Greeted me, they took me into the Ground Agents Managers Office in the employees lunch break room where agents were watching and listening to give me my termination letter.

The Respondent did not state the reason to terminate my employment, the letter stated the decision has made to terminate but I have the ability to resign within 24hours.

I was humiliated, treated like a piece of garbage as they throw me out nicely. I was then escorted out.

Respondent questioned. However, these were close friends who I was allowed to share my passes with, and did not pose a threat to anyone. There was never an issue about my passes prior to my injury and medical leave.

I appealed my termination on December 21, 2017 with EO Manager Barber Shaw but have yet to be reinstated.

I believe I was discriminated by Respondent due to my disability/perceived disability when I was suspended and terminated for pretextual reasons, in violation of the American with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/28/18<br>Date          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) 2/28/18 |